IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHERYL BAGGS-FRY,<br><br>                Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY<br>COMMISSIONERS OF MCCURTAIN<br>COUNTY et al.,<br><br>                Defendants. | Case No. 24-CV-328-JFH-SPS |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Steven P. Shreder. Dkt. No. 49. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendants Board of County Commissioners of McCurtain County, and McCurtain County ex rel. McCurtain County Sheriff's Office [Dkt. No. 14] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendants Board of County Commissioners of McCurtain County, and McCurtain County ex rel. McCurtain County Sheriff's Office's Motion to Dismiss [Dkt. No. 14] is GRANTED. The claims against these defendants are DISMISSED without prejudice. Plaintiff may file an amended complaint no later than May 19, 2025.

IT IS SO ORDERED this 18th day of April 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE